MARIA LANSING, BY NEXT FRIEND G. WOERNER, Defendant in Error, *v.* HENRY LANSING, Plaintiff in Error.

*Practice — Supreme Court.*—Writ of error dismissed for failure of plaintiff in error to file a statement and brief.

*Error to St. Louis Court of Common Pleas.*

WAGNER, Judge, delivered the opinion of the court.

The plaintiff in error having failed to file a statement and brief in accordance with the provisions of the statute, the writ of error is dismissed. The other judges concur.

———◄●●►———

HENRY L. PATTERSON, Respondent, *v.* EDWARD BUTLER, ALTON LONG, AND JAMES C. JONAS, Appellants.

*Appeal from St. Louis Circuit Court.*

*Ewing* and *Strong*, for appellants.

*Gantt*, for respondent.

HOLMES, Judge, delivered the opinion of the court.

This case is in all material respects the same or similar to that of Patterson v. Fagan et al. (*ante* p. 70) decided at this term, and for the reasons given in the opinion in that case the judgment here will be affirmed. Judge Wagner concurs; Judge Lovelace absent.